stead, they argue that they provided some corroborating evidence, including a statement from Kraja's parents, letters from Kraja's doctors, and documents confirming Kraja's Socialist Party membership. Petitioners conclusorily state that this evidence was sufficient to satisfy their burden of proof. However, Petitioners do not cite any record evidence compelling such a conclusion and, based upon our review, we discern none. The IJ expressly considered Petitioners' proffered corroborating evidence and determined that it was not sufficient to establish that Petitioners suffered persecution based upon Kraja's political affiliation. The BIA affirmed this conclusion. We see no basis for disturbing these determinations.

### III. *Conclusion*

For the foregoing reasons, we will deny the petition for review.

Before: SCIRICA, WEIS and GARTH, Circuit Judges.

OPINION

PER CURIAM.

In November 2009, Jamah Grosvenor filed this pro se mandamus petition seeking and directing the District Court to rule upon his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. At the time Grosvenor filed this petition, the District Court had not yet acted on Grosvenor's motion, which had been pending without activity since March 2007. By order entered on March 1, 2010, 2010 WL 717550, the District Court denied Grosvenor's motion. Because Grosvenor has now received the relief he sought in filing his mandamus petition—namely, a ruling on his § 2255 motion—we will deny his petition as moot.

**In re: Jamah GROSVENOR,**
**Petitioner.**

No. 09–4383.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. April 30, 2010.

Opinion filed: May 24, 2010.

Jamah Grosvenor, Georgetown, DE, pro se.

Office of Attorney General, Dover, DE, for Defendant–Respondent.

**Irving Courtley JONES, Appellant**

v.

**UNEMPLOYMENT COMPENSATION**
**BOARD OF REVIEW.**

No. 09–4612.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) May 4, 2010.

Opinion filed: May 24, 2010.